No. 07-16-00355-CV

| | | |
|---|---|---|
| Maria Ramos | § | From the County Court |
|   Appellant | |   of Deaf Smith County |
| | § | |
| v. | | April 28, 2017 |
| | § | |
| Ann Marie Castaneda | | Opinion Per Curiam |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 28, 2017, it is ordered, adjudged and decreed that this appeal be dismissed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o